# CLARK MICHIE LLP

ATTORNEYS AT LAW

Christopher J. Michie
direct dial: (609) 423-2143
chris.michie@clarkmichie.com

December 7, 2016

Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  Rubin v. J. Crew Group, Inc.
     Civil Action No. 3:16-cv-02167-FLW-LHG

Dear Judge Wolfson:

This firm represents the defendant J. Crew Group, Inc. in the above matter, which is the subject of a motion to dismiss. We are writing to advise the Court that three cases we cited in our reply brief are now the subject of appeals:

  Hecht v. The Hertz Corp., No. 2-16-01485 (3d Cir.)

  Russell v. Croscill Home, LLC, No. 3-16-01190 (3d Cir.)

  Candelario v. Rip Curl, Inc., No. 16-56382 (9th Cir.)

Respectfully submitted,

*Christopher J. Michie*

Christopher J. Michie
CJM:bd

cc:  Fred Zemel, Esq.
     Daniel Zemel, Esq.